FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

<u>JACKSONVILLE</u> Division

2006 SEP 18 P 3:38

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

### CIVIL RIGHTS COMPLAINT FORM

<u>JULIO C. RODRIGUEZ</u>

<u>F.D.O.C. # 392218</u>

CASE NUMBER: <u>3:06-cv-829-J-32mmH</u>
(To be supplied by Clerk's Office)

(Enter <u>full name</u> of each <u>Plaintiff</u> and prison
number, if applicable)

v.

<u>JAMES MCDONOUGH</u>          <u>MARINELL BROWN</u>

<u>R. SOLORZANO</u>

<u>JACK SAPP</u>

<u>PILAR GUDINO</u>
(Enter <u>full name</u> of each <u>Defendant</u>. If
additional space is required, use the blank
area directly to the right).

_____/

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.    <u>PLACE OF PRESENT CONFINEMENT:</u> <u>HAMILTON CORR. INST. ANNEX</u>
      (Indicate the name and location)

<u>11419 SW COUNTY ROAD #249, JASPER FLORIDA 30252</u>

II.   <u>DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN
      THE FLORIDA DEPARTMENT OF CORRECTIONS?</u> Yes (√) No (  )

      [If your answer is YES, after reviewing the exhaustion requirements, answer the following
      questions]

DC 225 (Rev. 9/03)

1

**EXHAUSTION OF ADMINISTRATIVE REMEDIES:** Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility.  Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion.  (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form.  If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

**EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:**

General Grievance

1.  Informal Grievance (Form DC3-005)
2.  Formal Grievance (Form DC1-303)
3.  Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22.  The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A.   Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1.   Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes (✓) No (  )

   2.   If so, you must attach a copy of the grievance and response to this Complaint form.

   3.   Were you denied emergency status? Yes (  ) No (✓)

        a.   If so, did you go through the informal grievance, formal grievance and appeal process? Yes (  ) No (  )

        b.   If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.   Informal Grievance (Request for Interview)

1.   Did you submit an informal grievance (Form DC3-005)? Yes (√) No (  )

2.   If so, you must attach a copy of the grievance and response to this Complaint form.

C.   <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1.   Did you have a disciplinary hearing concerning this matter? Yes (  ) No (√)

2.   If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3.   Did you submit a formal grievance (Form DC1-303)? Yes (√) No (  )

4.   If so, you must attach a copy of the grievance and response to this Complaint form.

D.   <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1.   Did you submit an appeal to the Office of the Secretary (Form DC1-303)?
     Yes (√) No (  )

2.   If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___15___ day of ___SEPTEMBER___, 2 _00 6_ .

_____
Signature of Plaintiff

III.   **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes ( ) No ( ✓)

If your answer is YES, answer the following questions.

A.   Is there a grievance procedure at your institution or jail? Yes ( ) No ( )

B.   Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No ( )

C.   If your answer is YES:

1.   What steps did you take? _____

_____

2.   What were the results? _____

_____

3.   To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D.   If your answer is NO, explain why not: _____

_____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___15___ day of ___SEPTEMBER_____, 2 _006___.

_____
Signature of Plaintiff

DC 225 (Rev. 9/03)                    4

IV.   **PREVIOUS LAWSUITS**:

A.   Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No ( )

B.   Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No ( )

C.   If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1.   Parties to previous lawsuit:

Plaintiff(s): _JULIO C. RODRIGUEZ_

Defendant(s): _JAMES CROSBY, PATRICK BROWN and R.N. CARCAMO_

2.   Court (if federal court, name the district; if state court, name the county): _U.S.D.C. Northern Dist. Florida / U.S.D.C. Middle Dist. Florida_

3.   Docket Number: _ND#4:05CV266 MMP/AK-M.D.#3:05-CV 01055-HES-MMH_

4.   Name of judge: _N.D.F. MAURICE PAUL / M.D.F. HARVEY E. SCHLESINGER_

5.   Briefly describe the facts and basis of the lawsuit: _PETITIONER FILED A CIVIL RIGHTS COMPLAINT CLAIMING DELIBERATE INDIFFERENCE IN VIOLATION OF THE 8th & 14th Amend. U.S. Constitution, for Defendants failure or refusal to place his name on a heart transplant list._

6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _Dismissed without prejudice by U.S.D.C. Middle Dist of FLA, after being transferred from Northern Dist. of FLA._

7.   Approximate filing date: _U.S.D.C. Northern Dist July 20, 2005, U.S.D.C. Middle Dist October 11 2005._

8.   Approximate disposition date: _OCTOBER 14 2005_

D.   Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

NO.

V.   PARTIES:  In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank.  Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff:  JULIO CESAR RODRIGUEZ

Mailing address:  Hamilton Corr. Inst. Annex 11419 S.W. COUNTY ROAD, #249 ; JASPER FL 32052

B.  Additional Plaintiffs:

In part C of this section, indicate the full name of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant:  R, SOLORZANO

Mailing Address:  Hamilton Corr Inst. Annex
10650 SW 46th St. JASPER FL 32052

Position:  CHIEF HEALTH OFFICER

Employed at:  HAMILTON CORR INST ANNEX

D.  Defendant:  JACK SAPP

Mailing Address:  Hamilton Corr. Inst. Annex
10650 SW 46th St. JASPER FL 32052

Position:  WARDEN

Employed at:  HAMILTON CORR. INST. ANNEX

E.  Defendant:        PILAR GUDINO

Mailing Address:  FLORIDA DEPT. OF CORRECTIONS

2601 BLAIRSTONE RD. TALLAHASSEE FL 32399

Position:         IISC

Employed at:      CENTRAL OFFICE, FLORIDA DEPT. OF CORRECTIONS

F.  Defendant:        MARINELL BROWN

Mailing Address:  FLORIDA DEPT. OF CORRECTIONS

2601 BLAIRSTONE ROAD. TALLAHASSEE FL 32399

Position:         DIRECTOR OF NURSING

Employed at:      CENTRAL OFFICE FLORIDA DEPT. OF CORRECTIONS

G.  Defendant:        JAMES MC DONOUGH

Mailing Address:  2601 Blair Stone Road

Tallahassee, Florida 32399

Position:         Secretary Florida Dept. of Corrections

Employed at:      CENTRAL OFFICE FLORIDA DEPT OF CORRECTIONS

VI.  **STATEMENT OF CLAIM:** State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Plaintiff's right to be provided with necessary care for his LIFE THREATENING HEART CONDITION was violated by Defendants whey they failed to place his name on a heart transplant list after being made aware that this medical procedure was the only way to prolong Plaintiff's life. This is a deliberate indifference in violation of the 8th & 14th Amendments of the U.S. Constitution.

VII.  **STATEMENT OF FACTS:** State as briefly as possible the FACTS of your case. Describe how each defendant was involved.  **Do not make any legal arguments or cite any cases or statutes.**  State with as much specificity as possible the facts in the following manner:

1.  Name and position of person(s) involved.
2.  Date(s).
3.  Place(s).
4.  Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.  Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

On 2-7-06 the Plaintiff filed an informal grievance stating that he needed his name placed on a list for a heart transplant. This grievance came only after the Plaintiff had been seen by both private cardiologists and F.D.O.C contracted cardiologists all and both concluded that the Plaintiff needed this very important medical procedure to save his life. On 2-8-06 MS. R. FELTNER, SHSA Hamilton Corr. Inst. Annex, denied Plaintiff's INFORMAL GRIEVANCE, stating "you have an upcoming appointment with the specialist(see att. informal grievance).On 3-20-06 Plaintiff filed a Formal Grievance to Warden Jack Sapp appealing the denial of his informal

Statement of Facts, continued:

grievance, and re-stating his claim that he needed a heart transplant. The Plaintiff received a response to this Formal Grievance, denying his appeal. This formal grievance was signed by both R. Solorzano M.D., Chief Health Officer of Hamilton Corr. Inst. Ann. and Warden Jack Sapp, Hamilton Corr. Inst. On 4-11-06, Plaintiff filed an appeal to the OFFICE of the SECRETARY, FLORIDA DEPT. of CORRECTIONS. Plaintiff once again reiterated the need for his name to be placed on a heart transplant list. On 8-8-06 the appeal was denied stating that the response received at the Institutional level appropiately adressed the issue, and that the director of Nursing Marinell Brown had reviewed this appeal. The denial was signed by Pilar Gudino, IISC. Each Defendant is being deliberately indifferent towards the Plaintiff by denying him the necessary medical procedure to "save his life" after clear and concise determinations and recommendations of several specialist in the field of cardiology. Should be noted that at this time Plaintiff's heart is functioning at 10% of normal function of 60% as found and recorded in an investigative request which is included as an exhibit to this complaint. (EXHIBIT A).

VIII.   <u>RELIEF REQUESTED</u>:   State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

To be placed immediately on a heart transplant list and to be re-evaluated by a cardiologist that specializes in Heart transplantation. Due to Plaintiff's Condition an immidiate action to this Complaint is requested, as the condition is life threatening and continvance of the deliberate indifference towards the Plaintiff specific medical need by Defendants will ultimately be fatal.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this __15__ day of __September__, 2 __006__.

Julio C. Rodriguez #392218

Hamilton CI-Annex Dorm 61122
11419 S.W. County Road #249
Jasper, FL 32052

(Signatures of all Plaintiffs)

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

*(Instructions on Back)*

Mail Number: _____
Team Number: 16
Institution: H.C.I. Annex

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☒ Medical ☐ Dental | ☒ Other Chief Doctor Solorzano |
|---|---|---|---|---|

| FROM: | Inmate Name Julio Rodriguez | DC Number 392218 | Quarters Infirmary N-2106 | Job Assignment None | Date 2/7/06 |
|---|---|---|---|---|---|

**REQUEST** Informal Grievance?

I need a heart transplant. Can You please start the process to place My Name on the list; for a heart transplant. My condition is deteriorating day by day. The only option given to me by the Cardioligist Speacialist, is # For a heart transplant. Your promp cooperation will be very appreciated. Thank You.

Respectfully,

CC: MR. James Crosby (Secretary of D.O.C.)
CC: MR. P. Brown (medical Director & Chief)
CC: MR. Peter Siegal Esq. (Attorey @ law)

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

---

DO NOT WRITE BELOW THIS LINE

**RESPONSE**

DATE RECEIVED:

RECEIVED
FEB 0 8 2006
Medical
HAMCI-ANNEX

You have an upcoming appointment with the Specialist. Be patient & watch for a call out. If you experience any problems you may address via Sick call.

[The following pertains to informal grievances only:

Based on the above information, your grievance is ___denied___ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): R. Feltner
B. FELTNER, SHSA
HAMILTON CI
Date: 2/8/06

R. SOLORZANO, MD,CHI

Distribution:   White   -Returned to Inmate
                Canary   -Returned to Inmate

Pink   -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

26

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

AXr=2114

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From: Rodriguez, Julio      392218      Hamilton C. I
Last   First   Middle Initial      Number      Institution

---

Part A – Inmate Grievance

Hamilton's response (2/8/06) to my request to be placed on the list for heart transplant is insufficient, in that I have already had an appointment with a specialist at R.M.C. The specialist informed me that my only chance of survival was a heart transplant and that he had documented the need for such on three separate occasion in my medical jacket (Records) 3-16-2006. I'm requesting that my name be placed on the transplant list as soon as possible. My condition is deteriorating with each passing day. Please don't delay anymore.

3-20-2006
DATE

SIGNATURE OF GRIEVANT AND D.C. #
#392218

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ /
#   Signature

PART B – RESPONSE

3-24-06
060321S098
Mel

---

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

DATE

ORIGINAL: TO BE RET'...   ...NT AFTER COMPLETION OF ACTION.

...TEAR  ON  PERFORATION...........

**PART B - RESPONSE**

| RODRIGUEZ, JULIO | 392218 | 0603-215-098 | (215) HAMILTON C.I. | F2114L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | GRIEVANCE INSTITUTION | HOUSING LOCATION |

You were seen by the cardiologist on 3-16-06.  There was no discussion of a heart transplant at that time.  You have been given medication and follow-up as appropriate.

Based on the above, your grievance is denied.  You may appeal this decision by submitting a DC1-303 to Ms. Celeste Kemp, Inmate Grievance Administrator, Department of Corrections, 2601 Blairstone Road, Tallahassee, FL 32399-2500 within fifteen days following this decision.

R. SOLORZANO, MD, CHO
HAMILTON CI

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 3-4-06 DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate .

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

**PART C - RECEIPT  (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| RODRIGUEZ, JULIO | 392218 | 0604-215-044 | (215) HAMILTON C.I. | F2114L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | GRIEVANCE INSTITUTION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

07O (OTHER          (MEDICAL))

| 4/11/06 | 0604-215-044 | |
|---|---|---|
| DATE | GRIEVANCE LOG NUMBER | RECIPIENTS SIGNATURE (STAFF MEMBER) |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED
APR 18 2006
Department of Corrections

TO: ☐ Warden      ☐ Assistant Warden      ☒ Secretary, Florida Department of Corrections

From: Rodriguez  Julio  C.      392218      HAMCI Annex
         Last    First  Middle Initial      Number              Institution

Part A – Inmate Grievance      06-6-10493

This appeal is filed in accordance with 33-103.007 F.A.C. The response to my formal grievance filed on 3-20-06 does not address the seriousness of my current problem. In fact, the response is evasive and clearly shows deliberate indifference to my medical emergency. MY medical record will reveal many notations concerning the necessity of a heart transplant as my only means of survival. The repeated delays in starting the process can only be construed as cruel and unusual punishment because said transplant means the difference between life and death. Attached hereto is part B (response) of an formal grievance filed at Columbia C.I. dated 11-12-05, which states, "The necessary procedures to request your name to be submitted to Shands Hospital at the —contin→

4-11-06                          SIGNATURE OF GRIEVANT AND D.C. #
DATE                                              392218

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 01
                                                                                    #      Signature

PART B – RESPONSE

**SEE ATTACHED RESPONSE**

SIGNATURE AND TYPED OR PRINTED NAME          SIGNATURE OF WARDEN, ASST. WARDEN, OR          DATE
OF EMPLOYEE RESPONDING                                SECRETARY'S REPRESENTATIVE

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.
..................TEAR ON PERFORATION..................

PART C - RECEIPT   (TO BE COMPLETED BY DC STAFF)          215
RETURN TO: Rodriguez, Julio C          392218          Ham C.I
         LAST    FIRST  MIDDLE INITIAL          NUMBER              INSTITUTION

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT.
grieving response to form grev.                    Med N/A

4-14-06                    AX06-1160                    _____
DATE                    GRIEVANCE LOG NUMBER          RECIPIENT'S SIGNATURE (STAFF MEMBER)

DISTRIBUTION:          INSTITUTION/FACILITY          DISTRIBUTION:          CENTRAL OFFICE
WHITE COPY          INMATE COPY          WHITE COPY          INMATE COPY
CANARY COPY          INMATE'S FILE          CANARY COPY          INMATE'S FILE - INST./FACILITY
PINK COPY          INMATE COPY          PINK COPY          C.O. INMATE FILE
GOLDENROD COPY          RETAINED BY OFFICIAL RESPONDING          GOLDENROD COPY          RETAINED BY OFFICIAL RESPONDING

DC1-303 (Revised 8-00)

AX F2114C

Continuance

University of Florida are in process." The afore-mentioned response from Columbia C.I. is evidence of discussions concerning grievant's placement on a heart transplant list and grivant's adamant pursuit of such. Grievant transferred and his family was informed by Shands Hospital that there is no record of such a request from Columbia C.I. for a Julio Rodriguez. It stands to reason that a cardiologist and his patient who is in dire need of a heart transplant would converse about anything other than the critical need of said life saving procedure. Grievant's condition deteriorates each day and the medical departments continued delays and obscure, evasive responses to grievant's struggle for life does beyond

continued →

continuance

any doubt constitutes deliberate indifference as well as cruel and unusual punishment.

Relief Sought:

Grievant respectfully request that medical within the Department of Corrections immediately implement the process of placing grievant on the heart transplant list and thereby take all the neccessary steps to ensure grievant a chance at life.

Respectfully submitted,

/s/ _____

Julio Rodriguez # 392218

CC: Peter Siegal, Esquire
    Patty Brown, Chief Medical Director

MAILED FILED
WITH AGENCY CLERK

AUG 1-4 2006

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| RODRIGUEZ, JULIO | 392218 | 06-6-10493 | (215) HAMILTON C.I. | G1117L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | GRIEVANCE INSTITUTION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

In addition, the institution was contacted and they provided this office with information regarding the issues you presented.

The Director of Nursing, Marinell Brown also reviewed your appeal.

It is determined that the response made to you appropriately addresses the issues you presented.

It is the responsibility of your Chief Health Officer to determine the appropriate treatment regimen for the condition you are experiencing.

You are encouraged to cooperate with your health care staff by following the treatment regimen prescribed.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL
THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THIS ADDRESSEE ONLY.  UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW

Pilar Gudino, IISC

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

# INVESTIGATIVE REQUEST

| | | | |
|---|---|---|---|
| nvestigator: | **David, Correa** | Request Date: | 01/16/01 |
| ttorney: | Julio L. Diaz, Jr. | Due Date: | 01/16/01 |
| udge: | Dennis J. Murphy | Client: | RODRIGUEZ, JULIO |
| ection: | F017 | D.O.B. : | 03/29/59 |
| tatus: | C | Race/Sex: | W/M |
| ays to Complete: | 10 | Jail #: | 970069695 |
| equest #: | 6288 | Cell Location: | PTJMH  (check CJIS) |
| nd Investigator: | | CIN: | 0259385 |

**equest:**

lease have D sign a medical release form so we can acquire his med recs. D has had multiple heart attacks in the past couple of
ears including a quintiplet bypass heart surgery last year or the year before that.The State has offered to have his case pled out
 D provides them with info about items taken thru phone/credit card scam. I dont know if the info the D has is sufficient for the
tate but I dont think that D would survive the stress of a trial. On that last note, please try to obtain any info or names of Drs. who
ave treated D who can testify as to his fragile medical condition and lack of wisdom in taking the D to trial.

**esponse:**

our Med releases signed and forwarded to Legal Sec Maria.  You should expect records from 4 different hospitals.   While
btaining signature def was curious about the 6 months cts offered to him 2 months ago.  What happen w/ that offer?  Also he
rovided you w/ a name of  Juan Ramos.  The correct name is Victor Ramos.  Also the year was 2000 not 1999.
e would also like to know about receiving phone priviledges while in jail and would like you to address this to the ct.   Interview
lso revealed names of Drs who treated him.  Drs were located and interviews were conducted:

terview of Dr. Carlos Vaca 8260 W Flagler, Suite 2J, Miami, FL. 33134.  Very tight schedule and would rather not be
ubpoenaed for depo or ct.  Would rather write a ltr and this investigator could possibly obtain a sworn statement.  Desribes the
ef as having a terminal heart condition.  A recent heart attack weakened the heart and caused a ejection fraction of 10%.  This
eans the heart is working only 10% to capacity and it should be around 60% which is normal.  He added that is risk of having a
eart attack is higher than a normal person.  He also used a term for the status of his heart as being a malignant eridium.  Also
dvised that def had a Defibulator inplanted.

terview of Dr. John  Dysewski 7000 SW 62 Ave Miami, FL. 33134.  Another person who states he has a busy sched and would
ot for anything other than to go to ct.    See above on Vaca for ref to this matter.  Describes the def as having a Dangerous heart
ondition.  He is protected by the Defibulator and medication but nothing really prevents him from having a heart attack under
ress.  Talks of ejection fraction which is the capacity that the heart is working at which is about 10 % and his normal is about the
ame as Dr. Vaca.  His med records will validate this which we will see when you receive it from Jackson.  The Dr. stated that on
o occassions he attempted to meet w/ def to check his defibulator but def refused.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
AUG 09 2006
Department of Corrections
Inmate Grievances

TO: ☐ Warden          ☐ Assistant Warden          ☑ Secretary, Florida Department of Corrections

From: _Rodriguez   Julio_          _392218_          _Hamilton C.I. Annex_
      Last   First   Middle Initial          Number          215

                                                      Institution   250
                                                      06-6-22019

Part A – Inmate Grievance          REF: 0604-215-014 LOG No...

(33-103.011 Inmate Grievance - Time Frame)
    I received part C - receipt. dated 3-27-06 to my grievance
Alleging: inadequate treatment medical, log number: 0603-215-098.
Chapter 33-103.011(3)(c) states; Grievance Appeal + Direct Grievances
to the office of the Secretary-shall be responded to within 30
calender days from the date of the receipt of the grievance well
over (30) days has elapsed and I have not agreed to an
extension. Also, I have not received the grievance back with
your response. 33-103.007(6)(A) 3.(b)

_8-3-06_                                    _u col_
DATE                                        SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**  _01_  _Sur_
                                                      #          Signature

---

PART B – RESPONSE

SE TTACHED
PO

---

SIGNATURE AND TYPED OR PRINTED NAME          SIGNATURE OF WARDEN, ASST. WARDEN, OR          DATE
OF EMPLOYEE RESPONDING                        SECRETARY'S REPRESENTATIVE

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.
                    TEAR  ON PERFORATION

AUG 1 7 2006

**PART B - RESPONSE**

| RODRIGUEZ, JULIO | 392218 | 06-6-22019 | (250) HAMILTON C.I.- ANNE | G1122S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | GRIEVANCE INSTITUTION | HOUSING LOCATION |

Your request for administrative review has been received, reviewed, and evaluated.

Your appeal log #06-6-10493 was received on 4/14/06 and referred to the Office of Health Services. A response was prepared by Health Services and returned to this office. We forwarded the response to you on 8/14/06. We did not meet our required time and we apologize for any inconvenience this may have caused. Sometimes inquiry takes more time than expected.

Based on the foregoing information, your appeal is approved, in that we did not meet the required 30 day time frame.

R. HALL

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 8/15/06 DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding